# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-CR-20053-05 |
| ) | |
| UYSHICA S. BROWN, a/k/a "Debrah," ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS DEFENDANT UYSHICA S. BROWN FROM INDICTMENT AND SUPERSEDING INDICTMENT

The United States of America, through undersigned counsel, moves to dismiss without prejudice the charges alleged against Defendant UYSHICA S. BROWN, a/k/a "Debrah," contained within the in the original indictment (d/e 34, 35), which was filed on August 8, 2019, and as contained in the superseding indictment (d/e 58, 59), which was filed on September 4, 2019.

Respectfully submitted,

JOHN C. MILHISER
United States Attorney
Central District of Illinois

By:   s/ Ryan Finlen
Assistant U.S. Attorney

Office of the United States Attorney
Central District of Illinois
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
*Tel.* (217) 373-5875
Ryan.Finlen@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2020, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Defendant's counsel in this case.

                                        */s/ Ryan Finlen*
                                        Ryan Finlen
                                        Assistant United States Attorney